IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:23 MJ 1041 JMB |
| REGINALD EDDINGTON, | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Geoffrey S. Ogden, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged by way of criminal complaint with:

(a) an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), or chapter 705 of Title 46 (Maritime Drug Law Enforcement), specifically possession with the intent to distribute controlled substances.

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.  Moreover, even in the event that the defendant we're able to successfully remove this presumption of detention, poses a significant danger to the community they're given to his release.

3. The defendant poses a significant danger to the community.  During January 2023, members of the Drug Enforcement Administration (DEA) St. Louis Division began conducting a joint investigation with members of the St. Charles County Regional Drug Task Force (SCCRDTF) into the distribution of controlled substances by R. EDDINGTON.  Two controlled purchases of field-tested methamphetamine were conducted directly with R. EDDINGTON during the month of January 2023, which led to investigators obtaining a federal premises search warrant for the residence 8122 January Avenue, Berkeley, Missouri, 63134, from which R. EDDINGTON was conducting these sales (hereafter referred to as the "Premises").

4. On February 1, 2023, the search warrant was executed.  The defendant was arrested at his place of employment. After being advised of his rights, he spoke with investigators. Defendant admitted to selling drugs. He declined to give consent to search his residence, but stated that he had an eight-ball of meth at the premises. An eight-ball is typically slang for between three and four grams of methamphetamine.

5. During a search of the Premises, investigators located approximately 50 grams of field-tested methamphetamine inside a dresser drawer in the master bedroom.  The same drawer

contained documents (U.S. Mail) bearing the Defendant's. A digital scale coated with white powder was located on top of the dresser.

6. Additionally, in the family room on a computer desk, investigators located a large knotted bag containing nine additional knotted bags, each containing 100 blue in color pressed M/30 pills for a total of 900 pills, suspected to be imitation pills containing fentanyl.  On the floor next to the computer desk, investigators discovered black zippered bag containing a knotted Ziploc bag, which contained a large chunk of white powdery substance which field tested positive for the presence of cocaine and weighed approximately 70 grams.  See Attachment A

7. Throughout the family room, investigators located six loaded firearms; a Glock 22, .40 caliber pistol, SN:  BWBN747; F&D Model FD15, .223 caliber rifle, SN:  02422; American Tactical Omni, .223 caliber rifle, SN:  NS104305; Glock 23, .40 caliber pistol (modified to fully automatic), SN:  SWX186; Alien Armory Model AAT15 (modified to be a Short Barreled Rifle [SBR]), .223 caliber rifle, SN:  AAT-00687; and an Aero Precision Model M4E1, .223 caliber rifle, SN:  M4-0070341.  The Glock 23 was reported stolen by the Jefferson County Missouri Sheriff's Department.  See Attachment B.

8. Inside the garage attached garage, a 2019 Nissan Maxima contained a digital scale coated in white powder.  A check regarding the vehicle through law enforcement databases revealed the vehicle was reported stolen by the Belleville Illinois Police Department.

9. The danger the defendant poses under these circumstances is self-evident. While the government is not currently aware of any felony convictions in the defense criminal history, this lack of criminal history does not negate the seriousness of these charged offenses. Not only was the defendant distributing narcotics to investigators during control purchase operations, he was storing quantities of suspected cocaine, methamphetamine, and compressed fentanyl pills for

subsequent distribution into the community at his residence. More alarmingly, the quantity and nature of the firearms the Defendant possessed at this same residence, in connection with these drug trafficking offenses, is particularly aggravating. These include four AR-style assault weapons, as well as firearms that have been rendered fully automatic. Taken together, these circumstances heighten the danger posed to the community were the Defendant to be granted a bond, and result in there being no condition or combination of conditions that can reasonably ensure the community's safety. He therefore should be detained pending resolution of this case.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/Geoffrey S. Ogden*
GEOFFREY S. OGDEN, #66930MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200